UNITED STATES DISTRICT COURT
CONNECITCUT

FRANCESCA NUGENT

    Plaintiff,

V.                                                    CIVIL ACTION NO

AFFLIIATED CREDIT SERVICES

A/K/A THE AFFILIATED GROUP, INC

Defendant.                                  OCTOBER 2, 2014

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in North Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 7381 Airport View Drive SW Rochester, Minnesota 55902.

6. Defendant communicated with plaintiff by letter dated January 16, 2014 in connection with collection efforts with regard to plaintiff's disputed personal debt. *See Exhibit 1.*

7. In the collection efforts, the Defendant violated the FDCPA, § 1692e by making false, deceptive and misleading representations.

8. Defendant is not licensed as a collection agency in the State of Connecticut with the Department of Banking and prohibited from debt collection in the State of Connecticut.

9. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e.

## SECOND COUNT

10. The allegations of the First Count are repeated and realleged as if fully set forth herein.

11. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to making false, deceptive and misleading statements in violation of §1692e.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.
2. Award Plaintiff statutory damages pursuant to CUTPA
3. Award Plaintiff costs of suit and a reasonable attorney's fee.
4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY<u>/S/Bernard T. Kennedy</u>
  Bernard T. Kennedy, Esquire
  Kennedy Law Firm
  1204 Main Street, #176
  Branford, CT 06405
  (443) 607- 8901
  (443) 440-6372 Fax
  Fed. Bar # ct00680
  <u>bernardtkennedy@yahoo.com</u>

**AFFILIATED CREDIT SERVICES**

PO Box 7739 • Rochester, MN 55903
7381 Airport View Dr SW • Rochester, MN 55902
800-859-7435

Hours of Operation (CT):
Monday – Friday 8:00 am – 10:00 pm

**PLAINTIFF'S EXHIBIT**
11

January 16, 2014

```
        Creditor                       Account Number
* COMPLETE PAYMENT RECOVERY SERV        262650
        Total                                            1020.00
```

Your account(s) has been placed for collection and payment in full is due. The above listed account(s) has been turned over to us by our client, who has given you an opportunity to satisfy this obligation. To clear your balance and avoid continued collection activities, send your payment in full directly to Affiliated Credit Services.

Thank you for your attention to this matter. Please call us at 800-859-7435 if you have any questions regarding your account(s).

If multiple accounts for the same creditor are listed above, you have a right to dispute part or all of any one of the accounts.

Notice: Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely, Jolene Harris

This communication is from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for this purpose.
This collection agency is licensed by the Minnesota Department of Commerce.

* * * PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND PAYMENT OPTIONS * * *

ICU064923N41

Enclosing the bottom portion of this notice with your payment will expedite credit to your account.

CU064923
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

Account #:    10597843
Client:       COMPLETE PAYMENT RECOVERY SERV
Reference #:  26265053
**Total Due    $1020.00**

Phone: 800-859-7435

Affiliated Credit Services
PO Box 7739
Rochester MN 55903-7739

N41    218682080

FRANCESCA NUGENT
9 Doral Farms Rd
North Branford CT 06471-1129

Amount Enclosed: $