UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Francesa Nugent

     Plaintiff,

V.                             CIVIL ACTION NO.
                               3:14-cv-01464-CSH

Affliiated Credit Services
A/K/A/
Affiliated Group, Inc

Defendant.                        January 27, 2015

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                THE PLAINTIFF

                                                BY/S/Bernard T. Kennedy
                                                  Bernard T. Kennedy, Esquire
                                                  The Kennedy Law Firm
                                                  34 Roger Street, Suite A
                                                  Blairsville, GA 30512
                                                  (706) 400- 2650
                                                  (443) 440-6372 Fax
                                                  bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 1/27/2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy